436

64 A.3d 1057

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Ronald Francis PUKSAR, Appellant.**

Supreme Court of Pennsylvania.

Submitted Dec. 24, 2012.

Decided Feb. 19, 2013.

Renee Hurtig Edelman, Federal Community Defender Office, James H. Moreno, Defender Ass'n of Philadelphia, for Appellant.

Melissa Joy Noyes, Berks County Dist. Atty's Office, Amy Zapp, PA Office of Atty. Gen., for Appellee.

BEFORE: CASTILLE (C.J.), SAYLOR, EAKIN, BAER, TODD, MCCAFFERY, ORIE MELVIN, JJ.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of February, 2013, the order of the Court of Common Pleas is **AFFIRMED.**

Justice ORIE MELVIN did not participate in the consideration or decision of this case.